TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00660-CV






In re Quinlan Independent School District







ORIGINAL PROCEEDING FROM TRAVIS COUNTY





M E M O R A N D U M O P I N I O N

 Relator Quinlan Independent School District files its petition for writ of mandamus
and motion for emergency relief. See Tex. R. App. P. 52.8, 52.10. We deny the petition for writ of
mandamus and overrule the motion for emergency relief.



 __________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed: November 20, 2003